UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| BERNICE MACKENZIE, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:25-cv-24164-KMW |
| | ) | |
| NORWEGIAN CRUISE LINE | ) | |
| HOLDINGS, LTD, | ) | |
|     Defendant | ) | |

### PLAINTIFF'S MOTION TO DEEM SERVICE OF PROCESS EFFECTUATED

Now comes the Plaintiff, by and through her attorney in the above-captioned matter and respectfully moves this Honorable Court to deem the service of process effected. As grounds therefore, the Plaintiff states the following:

**Factual Background**

1. This Court issued a summons for Norwegian Cruise Line Holdings, Ltd. on or about September 12, 2025 with a service address of 7664 Corporate Center Drive, Miami, FL 33126.
2. The correct corporate address for Norwegian Cruise Line Holdings, Ltd. is 7665 Corporate Center Drive, Miami, FL 33126.
3. The official Florida Division of Corporations (Sunbiz.org) lists the registered agent name and address at 7665 Corporate Center Drive, Miami, FL 33126. (**Ex A – Sunbiz.org Division of Corporations**)
4. Service was attempted by process server on October 20, 2025.
5. The process server indicated "I spoke with an individual who identified themselves as the employee and they stated service was not permitted. I was advised that service needs to be done at the registered agent's office that's in Plantation, FL." (**Ex B – Progress Overview from ABC Legal**)
6. The current Form 8-K United States Securities and Exchange Commission filed in 2025 lists the address of principal executive offices at 7665 Corporate Center Drive, Miami, FL 33126. (**Ex C – 2025 U.S. Securities and Exchange Commission Form 8-K**)

7. A web search of the corporation also lists Norwegian Cruise Line's primary corporate address at 7665 Corporate Center Drive, Miami, FL 33126. (**Ex D – Google Search and Craft.co Search**)
8. The only listed location in the United States is in Miami, Florida with other locations in Sydney, Australia; Sao Paulo, Brazil; Wiesbaden, Germany; Mumbai, India; and Southampton, United Kingdom.

### Legal Standard

Federal Rules of Civil Procedure Rule 4(e)(1) provides that "an individual may be served in a judicial district of the United States by following state law for serving a summons in an action brought in the courts of general jurisdiction in the state where the district court is located or where service is made."

The primary method for serving a corporation is through its registered agent, as outlined in Florida Statutes 48.081. If the registered agent is unavailable, service can be made on the president, vice president, or other designated officers of the corporation. If these individuals cannot be located, service may be effectuated on any director or ***an employee at the corporation's principal place of business.*** (emphasis added)

### Argument

The most recent report filed with the U.S. Securities and Exchange Commission on September 17, 2025 lists the address of the principal executive offices as 7665 Corporate Center Drive, Miami, FL 33126. (**Ex C**) The report further lists the telephone number as 305-436-4000 which is also the main number listed on the Elliott Report Norwegian Cruise Line Customer Service Contacts as the main number. (**Ex E – Elliott Report**) The Elliott Report further lists all executive contacts to be at 7665 Corporate Center Drive.

A good faith and extensive search of the corporate address, registered address, and principal address have all yielded 7665 Corporate Center Drive, Miami, FL 33126. As such, service should be deemed effectuated.

**Conclusion**

Wherefore, for all of the above reasons, the Plaintiff respectfully requests this Honorable Court deem service effected on behalf of the Defendant, Norwegian Cruise Line Holdings, LTD.

Dated: November 14, 2025

Plaintiff,
By her attorneys,

*/s/ Joseph M. Orlando, Jr.*
Joseph M. Orlando, Jr., Esq.
MA BBO# 680995 (pro hac vice)
Orlando & Associates, P.C.
One Western Avenue
Gloucester, MA 01930
Ph. (978) 283-8100
Fx. (978) 283-8507
jmorlandojr@orlandoassociates.com

*/s/ Michael Beckman.*
Michael Beckman, Esq.
FL Bar No. 0128279
Viles & Beckman, LLC
6350 Presidential Court, Suite A
Fort Myers, FL 33919
Ph. (239) 334-3933
Fx. (239) 334-7105
michael@vilesandbeckman.com

Certificate of Service

I, Joseph M. Orlando, Jr., attorney for the Plaintiff herein, hereby certify that I served the foregoing document on the Defendant by mailing a copy thereof, postage prepaid, this 3rd day of November, 2025 to:

Norwegian Cruise Line Holdings, Ltd.
7665 Corporate Center Drive
Miami, FL 33126

*/s/ Joseph M. Orlando, Jr.*
Joseph M. Orlando, Jr., Esq.